**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUAN RENTERIA, on behalf of himself and all others Similarly situated, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AGILIS ENGINEERING, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., QUEST GLOBAL SERVICES-NA, INC., and RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF RELATED CASES

Plaintiff Juan Renteria hereby gives notice, pursuant to L. R. Civ. P. 40, of related cases:

*Conroy et al. v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01659 (filed December 14, 2021) (Arterton, J.); *Granata et al. v. Pratt & Whitney et al.*, No. 3:21-cv-01657 (filed December 14, 2021) (Nagala, J.); *Balicoco et al. v. Pratt & Whitney et al.*, No. 3:21-cv-01673 (filed December 16, 2021) (Shea, J.); *Kintz v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01674 (filed December 16, 2021) (Meyer, J.); *Chapman v. Quest Global Services-NA, Inc., et al.*, No. 3:21-cv-01681 (filed December 17, 2021) (Bolden, J.); *Durbin v. Pratt & Whitney, Inc., et al.*, No. 3:21-cv-01682 (filed December 17, 2021) (Shea, J.); *Powers v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01691 (filed December 20, 2021) (Arterton, J.); *Boodram v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01701 (filed December 22, 2021) (Bolden, J.); *Tucker v. Pratt & Whitney Division, et al.*, No. 3:21-cv-01704 (filed December 23, 2021) (Williams, J.); *Mamigonian v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01721 (filed December 27, 2021) (Covello, J.); *Brooks-*

*Bey, et al. v. Raytheon Technologies Corporation, et al.*, No. 3:21-cv-01723 (filed December 28, 2021) (Merriam, J.); *Lillie v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01724 (filed December 28, 2021) (Meyer, J.); and *Cydylo v. Agilis Engineering, Inc., et al.*, No. 3:21-cv-01730 (filed December 29, 2021) (Nagala, J.).

Dated: December 31, 2021

*/s/ David S. Golub*
David S. Golub ct00145
Jonathan M. Levine ct07584
Steven L. Bloch*
Ian W. Sloss *
SILVER GOLUB & TEITELL LLP
One Landmark Square – 15th Floor
Stamford, CT 06901
Phone: (203) 325-4491
Fax: (203) 325-3769
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

Eric L. Cramer*
Candice Enders*
Patrick F. Madden*
Michaela L. Wallin*
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
cenders@bm.net
pmadden@bm.net
mwallin@bm.net

Daniel J. Walker*
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
Fax: (215) 875-5707

dwalker@bm.net

*Pro hac vice forthcoming*