AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| JUAN RENTERIA, *Plaintiff* <br> v. <br> AGILIS ENGINEERING, INC., et al. *Defendant* | Case No. 3:21-cv-01736-SVN |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Juan Renteria.

Date: 01/12/2022

*Attorney's signature*

Michaela L. Wallin / NY5269527
*Printed name and bar number*

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
*Address*

mwallin@bm.net
*E-mail address*

(215) 875-3000
*Telephone number*

(215) 875-4604
*FAX number*